

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE  JAIME LUEVANO, | § | No. 08-14-00145-CR |
|  | § | ORIGINAL PROCEEDING |
| RELATOR. | § | ON PETITION FOR WRIT OF |
|  | § | MANDAMUS |

**MEMORANDUM  OPINION**

Relator, Jaime Luevano, a Texas inmate, has filed a petition for writ of mandamus against the Honorable Sam Medrano, Judge of the 409th District Court of El Paso County, Texas asking that we order Respondent to re-sentence Relator.  We deny mandamus relief.

A party seeking a writ of mandamus in a criminal case must make two showings:  (1) that there is no adequate remedy at law to redress the alleged harm; and (2) that the act the relator seeks to compel is ministerial rather than discretionary in nature.  *See e.g. Board of Pardons and Paroles ex rel. Keene v. Court of Appeals for the Eighth District*, 910 S.W.2d 481, 483 (Tex.Crim.App. 1995)(orig. proceeding); *In re State of Texas*, 304 S.W.3d 581, 583 (Tex.App.-- El Paso 2010, orig. proceeding).  Relator has failed to make either of the required showings. Accordingly, we deny the relief requested.

May 21, 2014

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)